# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Manuel Alvarez-Castro,<br>a.k.a.: Manuel Alejandro Alvarez-Castro,<br>a.k.a.: Alejandro Alvarez-Castro,<br>(A205 934 368)<br>*Defendant* | )<br>)<br>) Case No. 17-478MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 22, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Manuel Alvarez-Castro, an alien, was found in the United States of America at or near Chandler, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 28, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Natalie B. Huddleston for AUSA Brandon Brown

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 25, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 22, 2017, Manuel Alvarez-Castro was booked into the Maricopa County Jail (MCJ) facility by the Chandler Police Department on local charges. While in custody at the MCJ, Alvarez-Castro was encountered by ICE Officer M. Karakey who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On or about, October 24, 2017, Alvarez-Castro was released from the Gilbert City Jail and transported to the Phoenix ICE office for further investigation and processing. Alvarez-Castro was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Manuel Alvarez-Castro to be a citizen of Mexico and a previously deported criminal alien. Alvarez-Castro was removed from the United States to Mexico at or near Nogales, Arizona, on or about May 28, 2016, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Alvarez-Castro in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department

of Homeland Security to return to the United States after his removal. Alvarez-Castro's immigration history was matched to him by electronic fingerprint comparison.

4. On October 24, 2017, Manuel Alvarez-Castro was advised of his constitutional rights. Alvarez-Castro freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 22, 2017, Manuel Alvarez-Castro, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about May 28, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 25th day of October, 2017.

Michelle H. Burns,
United States Magistrate Judge

2